1  LEGAL SERVICES OF NORTHERN CALIFORNIA
   DAPHNE L. MACKLIN, SBN #117189
2  190 Reamer Street
   Auburn, CA 95603
3  Telephone: (530) 823-7560
   Facsimile: (530) 823-7601
4
   Attorneys for Plaintiff,
5  LYNETTE F. ORTEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 LYNETTE F. ORTEZ,                    )    CASE NO.  2:10-CV-02096-CMK
                                        )
12        Plaintiff,                    )    STIPULATION AND ORDER FOR
                                        )    EXTENSION OF TIME
   vs.                                  )
13                                      )
   MICHAEL S. ASTRUE, Commissioner      )
14 of the Social Security Administration,)
                                        )
15        Defendant.                    )

16        The parties hereby stipulate by counsel, with the Court's approval as indicated by

17 issuance of the attached Order, that Plaintiff shall have an extension of time of one (1) day to file

18 Plaintiff's Opening Brief for Motion for Summary Judgment.  Due to a breakdown in the office

19 computer system, counsel for Plaintiff requests additional time to file its Opening Brief.  The

20 current due date is February 7, 2011.  The new due date will be February 14, 2011.

21        The parties further stipulate that the Court's Scheduling Order shall be modified

22 accordingly.

23                                  Respectfully submitted,

24 Dated: February 8, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
25

26                                 /s/   _Theophous H. Reagans_
                                   (As authorized via email)
27                                 THEOPHOUS H. REAGANS
                                   Special Assistant U.S. Attorney
28                                 Attorneys for Defendant

---

                                   1
               STIPULATION AND ORDER FOR EXTENSION

1

Respectfully submitted,

2

Dated: February 8, 2011

LEGAL SERVICES OF NORTHERN CALIFORNIA

3

4

By:     /s/ Daphne L. Macklin

(As authorized via email)
DAPHNE L. MACKLIN

5

Attorney for Plaintiff

6

7

**ORDER**

8

APPROVED AND SO ORDERED.

9

10

11

DATED:  February 10, 2011

12

*Craig M. Kellison*

**CRAIG M. KELLISON**

13

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR EXTENSION